United States District Court
Southern District of Texas
FILED

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

NOV 12 2026

Civil Action No. 1:26-cv-1153

Nathan Ochsner, Clerk of Court

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ABDULLA DJULIBEKOV
was received by me on *(date)* 11/05/26 .

☑ I personally served the summons on the individual at *(place)* 27991 BUENA VISTA BLVD LOS FRESNOS, TX PORT ISABEL DETENTION CENTER on *(date)* 11/05/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/05/26

[signature]
*Server's signature*

MICHAEL A. BARRON / DUSM
*Printed name and title*

600 E. HARRISON ST. BROWNSVILLE, TX.
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Department of Homeland Security, Immigration and Customs Enforcement

*Plaintiff(s)*

v.

Abdulla Djulibekov

*Defendant(s)*

Civil Action No. 1:26-cv-1153

RECD USMS BROWNSVILLE
NOV 3 2026 AM9:3
FG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abdulla Djulibekov
Port Isabel Service Processing Center
27991 Buena Vista Blvd
Los Fresnos, TX 78566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ashley Anne Pruitt
DOJ-USAO
800 North Shoreline Blvd, Ste. 500
Corpus Christi, TX 78401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: November 3, 2026

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*